In re the MARRIAGE OF Anna
Catherine THIEL and
Frank C. Thiel.

Anna Catherine THIEL,
Petitioner/Respondent,

v.

Frank C. THIEL, Respondent/Appellant.

No. 60906.

Missouri Court of Appeals,
Eastern District,
Division One.

June 23, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 30, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Theodore S. Schechter, Michael Schechter, Schechter & Watkins, Clayton, for respondent, appellant.

Frank Susman, Randall B. Kahn, Susman, Schermer, Rimmel & Shifrin, Clayton, for petitioner, respondent.

## ORDER

PER CURIAM.

This is an appeal from the trial court's order awarding wife maintenance, attorney's fees, and costs on appeal in a dissolution case. The trial court's order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).